In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-126 CR


____________________



GWENDOLYN LORRAINE MATTOX, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 87412






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Gwendolyn Lorraine
Mattox, to withdraw her notice of appeal pursuant to Tex. R. App. P. 42.2. The motion
is signed by appellant personally. No opinion has issued in this appeal. The motion is
granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered May 11, 2005

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.